IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>IGOR KOZLOV, ALBATROSS EXPRESS, LLC and UNICK, LLC,<br><br>    Defendants. | 8:10-cv-03191-LSC-FG3<br><br>ORDER |
| IGOR KOZLOV,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSOCIATED WHOLESALE GROCERS, INC., a Kansas Corporation, and PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased,<br><br>    Defendants,<br><br>    v.<br><br>IGOR KOZLOV and ALBATROSS EXPRESS, L.L.C.,<br><br>    Counterclaim Defendants. | 8:10-cv-03211-LSC-FG3<br><br>ORDER |
| ANDREI TCHIKOBAVA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSOCIATED WHOLESALE GROCERS, INC., A Kansas Corporation, and PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased,<br><br>    Defendants. | 8:10-cv-03212-LSC-FG3<br><br>ORDER |

Upon review of the Report of Parties' Rule 26 Planning Conference, filed January 5, 2011,

**IT IS ORDERED:**

1. **Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served by **January 15, 2011**, as agreed by the parties.

2. The court will delay entering an initial progression order for 90 days to facilitate immediate negotiations or mediation.

3. Counsel are requested to file any motions for consolidation of these cases as soon as is practicable.

4. No later than **April 12, 2011**, counsel shall file a joint status report concerning the progress of their settlement negotiations.

**DATED January 6, 2011.**

                              BY THE COURT:

                              s/ F.A. Gossett, III
                              **United States Magistrate Judge**